IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GARY MARIEGARD,					PLAINTIFF

VERSUS							NO. 4:05CV184-L-N

MICHAEL W. WYNNE, Secretary of the
Department of the United States Air Force,		DEFENDANT

## ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE

Upon Motion of Plaintiff and for good cause shown, it is hereby ORDERED that this cause is transferred to the United States District Court for the Northern District of Mississippi, Eastern Division at Aberdeen, Mississippi.

ORDERED, this the 7th day of March, 2006.

/s/ Tom S. Lee
U.S. DISTRICT JUDGE

Submitted By:

JIM WAIDE, MSB NO.: 6857
WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MISSISSIPPI 38802
TELEPHONE:  662/842-7324
FACSIMILE: 662/842-8056
EMAIL: WAIDE@WAIDELAW.COM

ATTORNEYS FOR PLAINTIFF